UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEPHEN YAGMAN, | No. LA CV16-05944 JAK(Ex) |
| Plaintiff, | **JUDGMENT** |
| v. | **JS-6** |
| ERIC GARCETTI, ET AL., | |
| Defendants. | |

IT IS HEREBY ADJUDGED that this action is **DISMISSED with prejudice**. Plaintiff shall take nothing by this action.

**IT IS SO ORDERED**.

DATED: May 15, 2017

_____
**JOHN A. KRONSTADT**
**UNITED STATES DISTRICT JUDGE**

1